IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM T. MORRISON, JR.,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3804

Opinion filed October 12, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

William T. Morrison, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General; C. Ian Garland and Holly N. Simcox, Assistant
Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., MARSTILLER, and MAKAR, JJ., CONCUR.